1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD HUFFMAN,          )      No. C 13-0208 LHK (PR)
                           )
          Plaintiff,    )      JUDGMENT
                           )
   v.                 )
                           )
DOCTOR YOUNG, et al.,     )
                           )
          Defendants.   )
_____ )

      The Court has dismissed the instant action.  A judgment of dismissal with prejudice is

entered.  The Clerk shall close the file.

      IT IS SO ORDERED.

DATED:  __2/26/13__

_____
LUCY H. KOH
United States District Judge